UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:   8:20-cv-02701-T-35AEP

JUSTIN SAWYER,

    Plaintiff,

vs.

BMO HARRIS BANK N.A.,

    Defendant.
_____/

## NOTICE OF APPEARANCE & DESIGNATION OF
## E-MAIL ADDRESSES FOR SERVICE OF PROCESS

COME NOW Bradley J. Anderson, Esquire; Ava M. Sigman, Esquire; and the Law Firm of Zimmerman, Kiser & Sutcliffe, P.A. and hereby file this Notice of Appearance, as counsel of record on behalf of Defendant, BMO HARRIS BANK N.A., and request that copies of all pleadings, orders, and other documents subsequently filed in this action be sent to the undersigned attorneys at the email addresses indicated below:

**for Bradley J. Anderson, Esq.**

Primary Email Address:   banderson@zkslawfirm.com
Secondary Email Address One:   jwenhold@zkslawfirm.com
Secondary Email Address Two:   service@zkslawfirm.com

**for Ava M. Sigman, Esq.**

Primary Email Address:   asigman@zkslawfirm.com
Secondary Email Address One:   jedwards@zkslawfirm.com
Secondary Email Address Two:   service@zkslawfirm.com

[13013-Sawyer, J/8757883/1]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance & Designation of E-Mail Addresses For Service of Process has been furnished via CM/ECF to Joshua R. Kersey, Esq., Morgan & Morgan, P.A. 201 N. Franklin St., 7th Floor, Tampa, FL 33602 (JKersey@ForThePeople.com; TDowdy@ForThePeople.com), this 8th day of December, 2020.

                                              Bradley J. Anderson, Esquire
                                              Florida Bar No.:   105695
                                              ZIMMERMAN, KISER & SUTCLIFFE, P.A.
                                              315 E. Robinson St., Suite 600 (32801)
                                              P.O. Box 3000
                                              Orlando, FL   32802
                                              Telephone:   (407) 425-7010
                                              Facsimile:   (407) 425-2747
                                              Counsel for Defendant, BMO Harris Bank N.A.
                                              banderson@zkslawfirm.com
                                              jwenhold@zkslawfirm.com
                                              service@zkslawfirm.com

BJA/bjw

[13013-Sawyer, J/8757883/1]